UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

GARY LEWIS,

    Plaintiff,

v.

CASE NO. 5:14-cv-71-oc-22PRL

CREDIT PROTECTION ASSOCIATION,
LP,

    Defendant.
_____/

## PLAINTIFF'S COMPLAINT

COMES NOW Plaintiff, GARY LEWIS ("Plaintiff"), by and through his attorneys, KROHN & MOSS, LTD., and for his Complaint against Defendant, CREDIT PROTECTION ASSOCIATION, LP ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

2. Count II of Plaintiff's Complaint is based on the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA").

### JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to 15 U.S.C. § 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy.

4. Defendant conducts business in the State of Florida establishing personal jurisdiction.

5. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person who resides in The Villages, Sumter County, Florida.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3) and Fla. Stat. § 559.55(2), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. § 1692a(5) and Fla. Stat. § 559.55(1).

8. Defendant is a business entity with an office located at 13355 Noel Road, Suite 2100, Dallas, Texas 75240.

9. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6) and Fla. Stat. § 559.55(6).

10. Defendant sought to collect a debt from Plaintiff.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. Defendant contacts Plaintiff attempting to collect an alleged debt owed to Comcast.

13. Upon information and belief, Plaintiff does not owe the debt Defendant is attempting to collect; in fact Plaintiff received a refund from Comcast for money owed to Plaintiff. See Exhibit A attached hereto.

14. On August 13, 2013, Plaintiff received a collection letter from Defendant. *See*

Exhibit B attached hereto.

15. Defendant's letter which is dated August 5, 2013, states that Defendant is attempting to collect an alleged debt owed to Comcast, Defendant's internal account number 01-043004-110512682202-00, reference number 01736307035.

16. On August 19, 2013, Plaintiff called Defendant and advised Defendant that Plaintiff does not owe a debt to Comcast and advised Defendant that if anything Comcast owes Plaintiff a refund for overpayment.

17. On September 26, 2013, Plaintiff received a refund from Comcast in the amount of $17.65. *See* Exhibit A attached hereto.

18. Despite being advised by Plaintiff that Defendant is attempting to collect a debt that Plaintiff does not owe, Defendant continued to contact Plaintiff via telephone.

19. Defendant places collection calls to Plaintiff's telephone number (352) 753-48xx.

20. Defendant placed collection calls to Plaintiff on October 14, 2013, October 21, 2013, and October 22, 2013.

### COUNT I
### DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 *et seq.*

21. Defendant violated the FDCPA based on the following:

   a) Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

   b) Defendant violated §1692f(1) of the FDCPA by attempting to collect a debt that Plaintiff is not legally obligated to pay.

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for

the following:

1. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

2. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

3. Any other relief that this Honorable Court deems appropriate.

## COUNT II
## DEFENDANT VIOLATED THE FLORIDA CONSUMER COLLECTION PRACTICES ACT, Fla. Stat. § 559.55 *et seq.*

22. Defendant violated the FCCPA based on the following:

   a) Defendant violated § 1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

   b) Defendant violated § 1692f(1) of the FDCPA by attempting to collect a debt that Plaintiff is not legally obligated to pay.

WHEREFORE, Plaintiff respectfully requests judgment be entered against Defendant for the following:

1. Statutory damages of $1000.00 pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77(2),

2. Costs and reasonable attorneys' fees pursuant to the Florida Consumer Collection Practices Act, Fla. Stat. § 559.77(2),

3. Any other relief that this Honorable Court deems appropriate.

//

//

RESPECTFULLY SUBMITTED,

By: _____
Shireen Hormozdi
Krohn & Moss, Ltd
0474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 x 267
Fax: (866) 385-1408
shormozdi@consumerlawcenter.com
Attorney for Plaintiff
Florida Bar No. 0882461

**EXHIBIT A**

http://cart.payments.ebay.com/sc/sfl

10/31/2013
**COMCAST**
6565 NOVA DRIVE
DAVIE, FL 33317



GARY LEWIS    47046 0736-88-17-AADC
1609    MAGNOLIA AVE
LADY LAKE, FL 32159-2197

---

### PAYMENT SUMMARY

| CHECK NO: | 0011737185 | | |
|---|---|---|---|
| ACCOUNT NO: | 01105-12682202 | CHECK DATE: | 09/19/13 |

Dear GARY LEWIS,

The attached check represents a refund for account number 01105-12682202 in the amount of $17.65.

If you are a Comcast XFINITY customer and have questions regarding your refund check, you can write us at the address above, call Comcast's toll free customer service number at 1-888-COMCAST (1-888-266-2278), or chat with us at www.comcast.com/chat. Our representatives are available to assist you 24 hours a day, 7 days a week.

If you are a Comcast Spotlight client or agency, please contact your local Spotlight office.

DETACH AND RETAIN THIS STATEMENT
THE ATTACHED CHECK IS IN PAYMENT OF ITEMS DESCRIBED ABOVE.
IF NOT CORRECT, PLEASE NOTIFY US PROMPTLY. NO RECEIPT DESIRED.

Your eBay Shopping Cart                                                    Page 8 of 10

**EXHIBIT B**

10/31/2013

## COLLECTION NOTICE / AVISO IMPORTANTE DE COBRO

**CREDIT PROTECTION ASSOCIATION L.P.**
A NATIONWIDE COLLECTIONS COMPANY

| | |
|---|---|
| August 5, 2013<br>01-043004<br>110512682202<br>01736307035<br>Gary Lewis | Service balance: $72.35<br>Total Amount Due: $72.35 |

0102-0120
01736307035

#BWNFMBY ******MIXED AADC 750
#01736307035#

Gary Lewis
1609 Magnolia Ave.
Lady Lake, FL 32159-2197

Remit to:
Comcast
Po Box 105257
Atlanta GA 30348-5257

01105 126822 02 0    6   007235              01738196?

FOLD TEAR AND RETURN ABOVE PORTION WITH YOUR PAYMENT
ALWAYS PROTECT YOUR CREDIT RATING

### IMPORTANT NOTICE

0102-0

August 5, 2013

Dear Gary Lewis:

Comcast has referred your past due balance to Credit Protection Association, LP for collection.

Total Amount Due: $72.35
Service Amount: $72.35
Original Creditor: Comcast

Account #: 01-043004-110512682202-00
Reference #: 01736307035

To make payment:
- Go to www.paycpa.com
- Call 1-888-745-3191 – Automated payments and agent assistance available
- Mail with the enclosed envelope using the stub above



Get 30 more days to pay your bill
Just go to billfloat.com/cpa
We've partnered with billfloat

Please see reverse side for important information!



**ACA INTERNATIONAL** Member

**THIS IS AN ATTEMPT TO COLLECT A DEBT**

**We accept:**
* Visa®, MasterCard® & Discover®
* Checks
* MoneyGram Express Payments #5040
* Money Orders

© 1977-2013 Credit Protection Association, L.P.  13355 Noel Rd., Dallas, TX 75240
This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose.